IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

—————————————

No. 98-60152
Summary Calendar

—————————————

DONALD WAYNE WILLIS,

Petitioner-Appellant,

versus

STATE OF MISSISSIPPI;
MIKE MOORE, Attorney General,
State of Mississippi,

Respondents-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:97-CV-292-P-G
--------------------
December 3, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Donald Wayne Willis (Mississippi prisoner # 40317-A) was granted a certificate of appealability (COA) to appeal the district court's dismissal of his habeas corpus petition as time-barred under 28 U.S.C. § 2244(d)'s statute of limitations. Both parties were ordered to brief the limitations issue; however, Willis has not done so.

"Although [this court] liberally construe[s] the briefs of pro se appellants, [this court] also require[s] that arguments

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

must be briefed to be preserved." <u>Yohey v. Collins</u>, 985 F.2d 222, 225 (5th Cir. 1993)(internal quotation and citation omitted). Willis has neither briefed nor identified any error in the dismissal of his petition as time-barred. Accordingly, the judgment of the district court is AFFIRMED.

AFFIRMED.